# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION

| | |
|---|---|
| GARY NICHOLS and PATRICIA NICHOLS, <br><br> *Plaintiff,* <br><br> v. <br><br> IRAKLI DARBAIDZE and AGAD, LLC, <br><br> *Defendant(s).* | Case Number: 7:25-cv-07821-DCC <br><br> **PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE ON AGAD, LLC** |

Please see the attached Proof of Service on Defendant AGAD, LLC.

**MORGAN & MORGAN, P.A.**

*/s/ James G. Biggart II*
JAMES G. BIGGART II, ESQ.
Federal ID: 14195
COOPER KLAASMEYER, ESQ.
Federal ID: 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC, 29405
Telephone: (843) 973- 5186
Fax: (843) 947- 6113
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
swright@forthepeople.com
**Attorneys for the Plaintiff**

August 8, 2025
Charleston, South Carolina