AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **7:25-cv-07821-DCC**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **AGAD, LLC**
was recieved by me on **8/01/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **gulzhanat sadyrov**, who is designated by law to accept service of process on behalf of **AGAD, LLC** at **504 Selma St, Philadelphia, PA 19116** on **08/01/2025 at 2:23 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  08/01/2025

*Server's signature*

**Brendan Markle**
*Printed name and title*

**327 fox hollow dr
Feasterville, PA 19053**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; FIRST INTERROGATORIES TO DEFENDANT IRAKLI DARBAIDZE; PLAINTIFF'S INITIAL REQUESTS FOR PRODUCTION TO DEFENDANT AGAD, LLC; PLAINTIFF'S INITIAL REQUESTS FOR PRODUCTION TO DEFENDANT IRAKLI DARBAIDZE; FIRST INTERROGATORIES TO DEFENDANT AGAD, LLC; PLAINTIFF'S REQUEST FOR ADMISSION, INTERROGATORY AND REQUEST FOR PRODUCTION REGARDING INSURANCE COVERAGE, to gulzhanat sadyrov who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a dyed-haired female contact 35-45 years of age, 5'4"-5'6" tall and weighing 200-240 lbs with an accent.**




Tracking #: **0180410798**