# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Gary Nichols and Patricia Nichols, | )<br>)<br>) **C.A. No.: 7:25-cv-07821-DCC** |
| Plaintiffs, | )<br>) |
| v. | )<br>) **NOTICE OF APPEARANCE** |
| Irakli Darbaidze and Agad, LLC, | )<br>) |
| Defendants. | )<br>) |

Please take notice that the undersigned, J. Alexander Timmons, an attorney with the law firm of Moseley Marcinak Law Group, LLP, does hereby give notice of his appearance on behalf of Defendants Irakli Darbaidze and Agad, LLC in the above-styled civil action. The undersigned attorney requests that the Court note his appearance, and that all parties of record be required to notify and serve the undersigned counsel with all pleadings, discovery, and trial information.

This 22nd day of August, 2025.

s/J. Alex Timmons
J. Alexander Timmons (#10862)
Robert D. Moseley, Jr. (#5526)
Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, South Carolina 29616
(864)248-6025 (864)248-6035 (Fax)
Alex.Timmons@momarlaw.com
Rob.Moseley@momarlaw.com
*Attorneys for Defendants*

5605496.1