# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Gary Nichols and Patricia Nichols, | C.A. No. 7:25-cv-07821-DCC |
| Plaintiffs, | |
| v. | **JOINT MOTION TO AMEND SCHEDULING ORDER** |
| Irakli Darbaidze and Agad, LLC, | |
| Defendants. | |

NOW COMES all PARTIES to this action and moves the Court for an Amended Scheduling Order. Parties represent that they have conferred and find that the proposed amended deadlines to be reasonable and necessary to allow for written and deposition discovery, mediation, motion practice, and a trial of this matter.

The Parties have proposed the following case schedule as set forth below:

| Action | Proposed Deadline |
|---|---|
| Amended Pleadings | December 15, 2025 |
| Expert Disclosure and Reports – Plaintiff | March 2, 2026 |
| Expert Disclosure and Reports–Defendants | April 17, 2026 |
| Records Custodian Affidavit | July 20, 2026 |
| Close of Discovery | August 19, 2026 |
| Dispositive Motions and Daubert Motions | October 5, 2026 |
| Mediation | October 19, 2026 |
| Pre-Trial Disclosures | December 4, 2026 |
| Motions in Limine | November 20, 2026 |
| Pre-Trial Brief | 7 Days before Jury Trial |
| Case subject to being called for trial on or after | January 19, 2027 |

WHEREFORE NOW, the Parties respectfully request the Court enter an Amended Scheduling Order to reflect the deadline dates stated above.

5706672.1

<table>
<tr><td>December 1, 2025</td><td>Respectfully submitted,<br><br>s/ Cooper Klaasmeyer<br>James G. Biggart II (Federal Bar #14195)<br>Cooper Klaasmeyer (Federal Bar # 14272<br>**MORGAN & MORGAN P.A.**<br>4401 Belle Oaks Drive, Suite 300<br>North Charleston, SC 29405<br>Phone: (843) 973-5186<br>Fax:    (843) 947-6113<br>jbiggart@forthepeople.com<br>cooper.klaasmeyer@forthepeople.com<br>*Attorneys for Plaintiffs*<br><br><br>s/ J. Alex Timmons<br>J. Alex Timmons (Federal Bar #10862)<br>Robert D. Moseley, Jr. (Federal Bar #5526)<br>**MOSELEY MARCINAK LAW GROUP LLP**<br>4324 Wade Hampton Blvd., Suite B<br>Taylors, SC 29687<br>Phone: (864) 248-6025<br>Fax:    (864) 248-6035<br>alex.timmons@momarlaw.com<br>rob.moseley@momarlaw.com<br>*Attorneys for Defendants*</td></tr>
</table>