**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

|  |  |
|---|---|
| Gary Nichols and Patricia Nichols, ) | **C.A. No. 7:25-cv-07821-DCC** |
| ) |  |
| Plaintiffs, ) |  |
| ) | **JOINT AMENDED SCHEDULING** |
| v. ) | **ORDER** |
| ) |  |
| Irakli Darbaidze and Agad, LLC, ) |  |
| ) |  |
| Defendants. ) |  |
| ) |  |

1. Amendment of Pleadings: Any motions to join other parties and to amend the pleadings shall be filed prior to December 15, 2025.

2. Expert Disclosures:

   a. Plaintiff shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **March 2, 2026**.

   b. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **April 17, 2026.**

3. Records Custodians: Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **July 20, 2026**. Objections to such affidavits must be made within 14 days after the service of the disclosures. *See* Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3) (D.S.C.).

4. Discovery: Discovery shall be completed no later than **August 19, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by the discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.), and have had a telephone conference with Judge Coggins in an attempt to resolve the matter informally. The**

**request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion. Attorneys should send a request for a telephone conference via e-mail to coggins_ecf@scd.uscourts.gov. The parties shall set forth their respective positions in their request.**

5. Motions: All dispositive motions, *Daubert* motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than *Daubert* motions), shall be filed on or before **October 5, 2026**.

6. Mediation: Mediation shall be completed in this case on or before **October 19, 2026**. *See* Judge Coggins' Standing Mediation Order (setting forth mediation requirements).

7. Pretrial Disclosures: No later than **December 4, 2026** the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within 14 days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party, and any deposition counter-designations under Fed. R. Civ. P. 32(a)(6).

8. Motions in Limine: Motions in limine must be filed no later than **November 20, 2026**. Written responses are due 7 days after the motion is filed.

9. Pretrial Briefs and Exhibits: Parties shall furnish the Court pretrial briefs 7 days prior to the date set for jury selection.[1] Local Civil Rule 26.05 (D.S.C.). Attorneys shall meet at least 7 days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. *See* Local Civil Rule 26.07 (D.S.C.).

10. Jury Selection and Trial: This case is subject to being called for jury selection and/or trial on or after **January 19, 2027**.

The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding the filing of confidential material. The parties' attention is also directed to the Court's website regarding instructions or other orders that may be applicable to your case.

_____
Donald C. Coggins, Jr.
United States District Judge

Dated: _____

Spartanburg, South Carolina

---

[1] The pretrial brief information found in Local Civil Rule 26.05(A)–(M) (D.S.C.) shall be submitted only to the Judge's chambers. However, pretrial brief information contained in Local Civil Rule 26.05(N)–(O) (D.S.C.) shall be served on opposing parties.

2

5643780.1

                              Respectfully submitted,

                              s/ Cooper Klaasmeyer

James G. Biggart II (Federal Bar #14195)
Cooper Klaasmeyer (Federal Bar # 14272
**MORGAN & MORGAN P.A.**
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
Phone: (843) 973-5186
Fax:    (843) 947-6113
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
*Attorneys for Plaintiffs*


                              s/ J. Alex Timmons

J. Alex Timmons (Federal Bar #10862)
Robert D. Moseley, Jr. (Federal Bar #5526)
**MOSELEY MARCINAK LAW GROUP LLP**
4324 Wade Hampton Blvd., Suite B
Taylors, SC 29687
Phone: (864) 248-6025
Fax:    (864) 248-6035
alex.timmons@momarlaw.com
rob.moseley@momarlaw.com

December 1, 2025                   *Attorneys for Defendants*