# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| PLAINTIFF<br><br>Gary Nichols and Patricia Nichols,<br><br>-v-<br><br>DEFENDANTS<br><br>Irakli Darbaidze and Agad, LLC | Case No.: 7:25-cv-07821-DCC<br><br>**PLAINTIFF GARY NICHOLS' RULE 26(A)(2) EXPERT WITNESS DISCLOSURES** |

Plaintiff Gary Nichols hereby submits his expert disclosure as required by Federal Rule of Civil Procedure 26(a)(2) and the Court's Case Management and Scheduling Order. Plaintiff Gary Nichols discloses the following expert witnesses who are expected to be called to offer opinions and testify at trial.

Plaintiff Gary Nichols has not retained any experts to testify on his behalf. Plaintiff Gary Nichols reserves the right to call his treatment providers as witnesses. Plaintiff Gary Nichols anticipates that his treatment providers will qualify as experts by knowledge, skill, experience, training, or education, and Plaintiff Gary Nichols reserves the right to elicit testimony regarding each provider's opinions, if any, regarding the cause, diagnosis, treatment, and prognosis of Plaintiff Gary Nichols' injuries. Plaintiff's treating providers who may be called to testify at trial and are known at this time are as follows:

**1.    Jose Pizarro, MD**

Dr. Pizarro is a board-certified neuroradiologist who has interpreted the magnetic resonance imaging of Plaintiff Gary Nichols' shoulder and ribs. Dr. Pizarro is expected to testify regarding his opinions of the imaging consistent with Dr. Pizarro's medical records.

2.     **Robert Hill, DO**

Dr. Hill is a board-certified orthopedic surgeon who has provided treatment for Plaintiff Gary Nichols' injuries following this crash. Dr. Hill is expected to testify regarding his treatment of Plaintiff Gary Nichols' injuries, his opinions regarding the causation of Plaintiff's injuries, and his recommendations for future care, consistent with Dr. Hill's medical records.

3.     **Katherine Jane Langley, MD**

Dr. Langley was the attending physician who saw Plaintiff Gary Nichols at the ER on the day of the Crash. Dr. Langley is expected to testify regarding her treatment of Plaintiff Gary Nichols' injuries and her opinions regarding the causation of Plaintiff's injuries.

Because Plaintiff Gary Nichols' medical care is ongoing, Plaintiff reserves the right to supplement his list of treatment providers and to call any treatment provider as a witness at the trial of this case. Plaintiff Gary Nichols also reserves the right to supplement this disclosure later should the case develop in such a way to warrant additional expert testimony on Plaintiff Gary Nichols' behalf. Plaintiff Gary Nichols further reserves the right to elicit expert testimony from individuals named as experts by other parties, as well as other witnesses later identified who may qualify as experts under the Rules of Evidence.

**MORGAN & MORGAN, P.A.**
By:     /s/Cooper Klaasmeyer
Cooper Klaasmeyer, Esq.
Federal Bar No. 14272
E-Mail: cooper.klaasmeyer@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 973-5438
*Counsel for Plaintiff*

North Charleston, SC
March 2, 2026