# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| PLAINTIFF<br><br>Gary Nichols and Patricia Nichols,<br><br>-v-<br><br>DEFENDANTS<br><br>Irakli Darbaidze and Agad, LLC | Case No.: 7:25-cv-07821-DCC<br><br>**PLAINTIFF PATRICIA NICHOLS' RULE 26(A)(2) EXPERT WITNESS DISCLOSURES** |

Plaintiff Patricia Nichols hereby submits her expert disclosure as required by Federal Rule of Civil Procedure 26(a)(2) and the Court's Case Management and Scheduling Order. Plaintiff discloses the following expert witnesses who are expected to be called to offer opinions and testify at trial:

**1.     Christopher Leber, MD, FAAPMR, CLCP, CPLCP**

Dr. Leber was retained by Plaintiff Patricia Nichols to prepare a life care plan for Plaintiff Patricia Nichols' future medical needs and medical expenses resulting from the injuries sustained in the subject collision. Dr. Leber will offer opinions within a reasonable degree of medical probability on the Plaintiff Patricia Nichols' future medical needs and the reasonable costs of the same. Reports from this expert with the contents required by Fed. R. Civ. P. 26(a)(2)(B) were provided to Defendants and their counsel on March 2, 2026.

Plaintiff Patricia Nichols reserves the right to call her treatment providers as witnesses. Plaintiff Patricia Nichols anticipates that her treatment providers will qualify as experts by knowledge, skill, experience, training, or education, and Plaintiff Patricia Nichols reserves the right to elicit testimony regarding each provider's opinions, if any, regarding the cause, diagnosis, treatment, and prognosis of Plaintiff Patricia Nichols' injuries. Plaintiff Patricia Nichols' treating providers who may be called to testify at trial and are known at this time are as follows:

1.  **Jose Pizarro, MD**

    Dr. Pizarro is a board-certified neuroradiologist who has read the magnetic resonance imaging of Plaintiff's ribs, ankle, and thoracic spine. Dr. Pizarro is expected to testify regarding his opinions of the imaging consistent with Dr. Pizarro's medical records.

2.  **Robert Hill, DO**

    Dr. Hill is a board-certified orthopedic surgeon who has provided treatment for Plaintiff Patricia Nichols' shoulder injuries following this crash. Dr. Hill is expected to testify regarding his treatment of Plaintiff Patricia Nichols' injuries, his opinions regarding the causation of Plaintiff Patricia Nichols' injuries, and his recommendations for future care, consistent with Dr. Hill's medical records.

3.  **Katherine Jane Langley, MD**

    Dr. Langley was the attending physician who saw Plaintiff Patricia Nichols at the ER on the day of the Crash. Dr. Langley is expected to testify regarding her treatment of Plaintiff Patricia Nichols' injuries and her opinions regarding the causation of Plaintiff Patricia Nichols' injuries.

Because Plaintiff Patricia Nichols' medical care is ongoing, Plaintiff Patricia Nichols reserves the right to supplement her list of treatment providers and to call any treatment provider as a witness at the trial of this case. Plaintiff Patricia Nichols also reserves the right to supplement this disclosure later should the case develop in such a way to warrant additional expert testimony on Plaintiff Patricia Nichols' behalf. Plaintiff Patricia Nichols further reserves the right to elicit expert testimony from individuals named as experts by other parties, as well as other witnesses later identified who may qualify as experts under the Rules of Evidence.

[*Signature on Following Page*]

                                              **MORGAN & MORGAN, P.A.**
By:    /s/Cooper Klaasmeyer
Cooper Klaasmeyer, Esq.
Federal Bar No. 14272
E-Mail: cooper.klaasmeyer@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 973-5438
*Counsel for Plaintiff*

North Charleston, SC
March 2, 2026