**UMITED STATES DISTRICT COURT**
**for the**
**District of South Carolina**

| | | |
|---|---|---|
| Gary Nichols and Patricia Nichols, | ) | |
| | ) | |
| | ) | **UIM CARRIER'S NOTICE OF APPEARANCE** |
| Plaintiffs, | ) | **AND CONDITIONAL ANSWER** |
| | ) | |
| vs. | ) | **C.A. No. 7:25-cv-7821-DCC** |
| | ) | |
| Irakli Daebaidze and AGAD, LLC,) | | **(Jury Trial Demanded)** |
| | ) | |
| Defendants. | ) | |
| | ) | |

PLEASE TAKE NOTICE that STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, having been served as the alleged underinsured motorist carrier in the above entitled action, hereby, through its undersigned attorneys, enters this appearance and Conditional Answer pursuant to South Carolina Code Annotated §38-77-160, specifically reserving any and all rights, objections, and defenses it may have available under the law and any applicable insurance policy, and requests that copies of all pleadings, discovery, and other materials served in this action by any party be served upon the undersigned at the address given below.

The alleged underinsured motorist carrier respectfully demands a jury trial pursuant to Rule 38 of the *Federal Rules of Civil Procedure*. The undersigned does not represent the Defendant and is not undertaking such representation, but specifically is reserving the option to assume control of the defense in the name of the Defendant pursuant to South Carolina Code Ann. §38-77-160, should the carrier choose to exercise that option.

To the extent that a responsive pleading is required, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its undersigned attorney, denies each

and every allegation of the Complaint, and specifically asserts and raises to the extent applicable the defenses of comparative negligence, sole negligence of the Plaintiff and sudden emergency doctrine as well as all affirmative defenses set forth in Rules 8 and 12(b) of the *Federal Rules of Civil Procedure*, as to service and personal jurisdiction, asserts the defense that the Plaintiff's claims are or maybe time barred by the applicable Statute of Limitations, and raises all other defenses set forth in Rule 12, of the *Federal Rules of Civil Procedure*, to the extent they are applicable.

The claim(s) if any, for punitive damages violates the Fifth, Sixth and Fourteenth Amendment of the United States Constitution and Article 1, Section 3 of the South Carolina Constitution for even if it could be argued that a standard governing the imposition of punitive damages exists, this standard is void for vagueness.

The claim(s) if any, for punitive damages violates the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution and Article 1, Section 3 of the South Carolina Constitution in that the amount of punitive damages is based upon the wealth of the Defendant.

The claim(s) if any, for punitive damages violates the Federal doctrine of separation of powers and Article 1, Section 8 of the South Carolina Constitution for the reason that punitive damages are a creation of the judicial branch of government which invades the province of the legislative branch of government.

Defendant asserts all protections set forth in S.C. Code Ann. §§ 15-32-520 and 15-32-530, and Defendant further asserts any and all additional statutory caps and limitations to punitive damages as laid out pursuant to South Carolina statutory law and case law and are subject to bifurcation.

The undersigned and UIM carrier further reserve the right to file a full answer if it assumes the defense of this case.

Further, in filing this notice, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY makes no representations, admissions or otherwise as to the existence, applicability or amount of any insurance coverage. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY specifically pleads and asserts any applicable offsets, credits, setoffs, defenses or exclusions available under the terms of any applicable policy and South Carolina Law.

This appearance is made pursuant to South Carolina Code Ann., §38-77-160, in making this appearance, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY specifically reserves all rights, objections, setoffs, exclusions, credits, offsets and defenses available under the terms of any applicable policy, and the applicable laws and statutes of the State of South Carolina.

THE WARD LAW FIRM, P.A.
Attorneys for STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY


  /s/ *J. Christian Greene*
J. Christian Greene (Fed. Bar #13611)
PO Box 5663
Spartanburg, SC 29304
864-591-2344
864-585-3090 Fax
Email: cgreene@wardfirm.com

May 19, 2026.