IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Gary Nichols and Patricia Nichols, | ) | C.A. No.: **7:25-cv-7821-DCC** |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | **STATE FARM MUTUAL** |
| Irakli Darbaidze Agad, LLC, | ) | **AUTOMOBILE INSURANCE** |
| | ) | **COMPANY'S ANSWERS TO** |
| Defendant. | ) | **LOCAL RULE 26.01** |
| | ) | **INTERROGATORIES** |

Pursuant to Local Civil Rule 26.01, Defendant UIM Carrier State Farm Mutual Automobile Insurance Company (hereinafter "State Farm") submits the following answers:

A:    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**Response**:    **None known.**

B:    As to each claim, state whether it should be tried jury or nonjury and why.

**Response**:    **Plaintiffs have requested a jury trial. To the extent that there are genuine issues of material fact upon which Plaintiffs' claims turn, those questions of fact should be resolved by a jury.**

C:    State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent

or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**Response**: **State Farm is not a publicly owned company.**

D:     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**Response**: **Plaintiff filed this lawsuit in the District Court of South Carolina Spartanburg Division based on diversity jurisdiction. The Spartanburg Division is appropriate in that the subject motor vehicle collision occurred in Spartanburg County, South Carolina.**

E:     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**Response**: **Upon information and belief, none.**

F:      [Defendants only].  If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**Response**:    **UIM Carrier State Farm has been properly identified.**

G:      [Defendants only.]  If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**Response**:    **Currently, State Farm is not aware of any such person.**

H:      Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**Response**:    **State Farm is an entity organized under the laws of Illinois with its principal place of business in Illinois For purposes of diversity jurisdiction, State Farm is a citizen of Illinois.**

The Ward Law Firm, P.A.

 *s/J. Christian Greene*
J. Christian Greene (Fed. I.D. 13611)
Post Office Box 5663
Spartanburg, SC 29304
Phone (864) 573-8500
Fax (864) 585-3090

*Attorneys for Defendant UIM Carrier State Farm Mutual Automobile Company*

Spartanburg, SC
May 19, 2026